IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OKOEGUALE OBINYAN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-0933-D |
| | § | |
| PRIME THERAPEUTICS LLC, ET AL., | § | |
|     DEFENDANTS. | § | |

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on June 26, 2019. Plaintiff filed objections on July 23, 2019 and August 8, 2019, and the court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. Assuming *arguendo* that the objections are timely, they are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the October 24, 2018 motion of defendant Walgreens Specialty Pharmacy Holdings, LLC ("WSPH"), incorrectly named as "Alliance Rx Walgreen Prime," to set aside entry of default is granted, and plaintiff's motion for a default judgment is denied as moot. WSPH must file a responsive pleading to plaintiff's complaint within 14 days of the date of this order.

**SO ORDERED**.

August 13, 2019.

                                                  SIDNEY A. FITZWATER
                                                SENIOR JUDGE