IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OKOEGUALE OBINYAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:18-CV-0933-D |
| VS. | § | |
| | § | |
| PRIME THERAPEUTICS LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the August 9, 2019 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's August 22, 2019 objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's February 14, 2019 motion to reinstate case on docket is denied.

**SO ORDERED**.

September 3, 2019.

SIDNEY A. FITZWATER
SENIOR JUDGE